**Kermit Duane HAYDEN, Petitioner–**
**Appellant,**

v.

**Warden F.J. CARAWAY, Respondent–**
**Appellee.**

No. 12–6332.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 20, 2012.

Decided: Aug. 1, 2012.

Kermit Duane Hayden, Appellant Pro Se. Larry David Adams, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before DUNCAN, SHEDD, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kermit Duane Hayden, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Hayden v. Caraway*, No. 1:11–cv–00173–JFM, 2012 WL 203398 (D.Md. Jan. 23, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*